IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND AND ITS JOINT BOARD OF TRUSTEES, et al., | No. C 10-02386 CW |
| Plaintiffs, | ORDER RE DEFAULT |
| v. | |
| ROYAL SCOTT, JR., | |
| Defendant. | |

Default having been entered by the Clerk on July 7, 2010,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for Tuesday, November 2, 2010 is continued to Tuesday, February 1, 2011.

Dated: 7/12/2010

CLAUDIA WILKEN
United States District Judge

cc: Wings