```
 1  Muriel B. Kaplan, Esq. (SBN 124607)
    Michele R. Stafford, Esq. (SBN 172509)
 2  SALTZMAN & JOHNSON LAW CORPORATION
    44 Montgomery Street, Suite 2110
 3  San Francisco, CA 94104
    (415) 882-7900
 4  (415) 882-9287 – Facsimile
    mkaplan@sjlawcorp.com
 5  mstafford@sjlawcorp.com

 6  Attorneys for Plaintiffs

 7
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., | Case No.: C10-2386 CW |
|---|---|
| Plaintiffs, | **REQUEST FOR ABSTRACT OF JUDGMENT INCLUDING AKA DEFENDANT; DECLARATION OF MURIEL B. KAPLAN IN SUPPORT THEREOF; [~~PROPOSED~~] ORDER THERON** |
| v. | |
| ROYAL SCOTT, JR., individually and *dba* ROYALTY PRO PAINTING, | |
| Defendants. | |

I, Muriel B. Kaplan, declare under penalty of perjury that:

    1.    I am the attorney for the Plaintiffs in the above-entitled action.

    2.    On November 2, 2010, within ten years past, a Judgment was entered in favor of Plaintiffs and against Defendant in the total amount of $37,079.52.  Attached hereto as *Exhibit A* and incorporated herein by reference is a true and correct copy of the Judgment.

    3.    A subsequent search of the California Contractor's State Licensing Board website at www2.cslb.ca.gov, for both "Royal Scott," and for a business name of "Royalty Pro Painting" produced *Exhibit B* attached hereto, showing Defendant's license number as 734668.  When I clicked on Royalty Pro Painting, however, the report showed the business name as "California Professional Painters," a sole ownership, and not Royalty Pro Painting.  Royal Scott Jr. is shown as sole owner, who associated on April 7, 1997, twelve years preceding our claim period, and has not disassociated.  There was no other listing in the name of Royalty Pro Painting.

-1-
REQUEST FOR ABSTRACT OF JUDGMENT
Case No.:  C10-2386 CW

4. A similar search of "California Professional Painters" produced the exact same report shown in *Exhibit B* with the same license number, address, bonding and workers compensation coverage, and same sole ownership by Royal Scott, Jr.

5. A CSLB search of "Royal Scott" revealed the same license number, association date and business name of only California Professional Painters, as shown on *Exhibit C,* attached hereto, showing Defendant's license number as 734668.

6. On the basis of the above information, the Court issued a Writ of Execution on December 1, 2010, a copy of which is attached hereto as *Exhibit D*, naming judgment debtors Royal Scott, Jr. and "Royalty Pro Painting *aka* California Professional Painters".

WHEREFORE, it is prayed that four original Abstracts of Judgment, which will be submitted to the Court together with the chambers copy of this request, be similarly issued naming judgment debtors Royal Scott, Jr. *dba* Royalty Pro Painting, aka California Professional Painters. Attached hereto as *Exhibit E* and incorporated herein by reference is a true and correct copy of the proposed Abstract of Judgment.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 9th day of December, 2010, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By:   /S/
      Muriel B. Kaplan
      Attorneys for Plaintiffs


### ORDER

Let Abstracts of Judgment be issued naming judgment debtors Royal Scott, Jr. *dba* Royalty Pro Painting, aka California Professional Painters.

Dated: 1/14/2011

United States District Court Judge

-2-
**REQUEST FOR ABSTRACT OF JUDGMENT**
**Case No.: C10-2386 CW**

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\C10-2386 CW - Request for Abstract 120910.DOC