IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND AND ITS JOINT BOARD OF TRUSTEES, et al., | No. C 10-02386 CW |
| Plaintiffs, | ORDER GRANTING REQUEST TO EXPEDITE RULING ON ISSUANCE OF ABSTRACT OF JUDGMENT INCLUDING AKA DEFENDANT |
| v. | |
| ROYAL SCOTT, JR., individually and dba ROYALTY PRO PAINTING, | |
| Defendants. _____/ | |

        Having considered the papers submitted by the Plaintiffs, the
Court GRANTS Plaintiff's Request to expedite Ruling on Issuance of
Abstract of Judgment Including aka Defendant. (Docket No. 41.)
Abstracts of Judgment shall be issued naming judgment debtors Royal
Scott, Jr. dba Royalty Pro Painting, aka California Professional
Painters.

        IT IS SO ORDERED.

Dated:  1/14/2011

_____
CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California