IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND PRO PAINTING, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROYAL SCOTT, JR., individually and doing business as ROYALTY PRO PAINTING,<br><br>    Defendants. | No. C 10-2386 CW<br><br>ORDER REGARDING PLAINTIFFS' REQUEST FOR ISSUANCE OF A RENEWED WRIT OF EXECUTION |

   The Court is inclined to grant Plaintiffs' request for issuance of a renewed Writ of Execution.  However, the proposed renewed Writ, attached as Exhibit C to Plaintiffs' request, incorrectly states the date judgment was entered.  Plaintiffs shall resubmit their proposed renewed writ and, provided that this error is corrected, the Court will direct the Clerk to renew the Writ of Execution for money judgment in this action.

   IT IS SO ORDERED.

Dated: 11/21/2011

CLAUDIA WILKEN
United States District Judge